# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 25-cv-2923

**AUSTIN KIM,**

Plaintiff,

v.

**SCOTT KELLY,** DOUGLAS COUNTY SHERIFF'S OFFICE DEPUTY, IN HIS INDIVIDUAL CAPACITY;
**ANTHONY CORDOVA,** DOUGLAS COUNTY SHERIFF'S OFFICE DEPUTY, IN HIS INDIVIDUAL CAPACITY;
**BENJAMIN ESPINOZA,** DOUGLAS COUNTY SHERIFF'S OFFICE DEPUTY, IN HIS INDIVIDUAL CAPACITY;
**ANDREW SANDERS,** DOUGLAS COUNTY SHERIFF'S OFFICE SERGEANT, IN HIS INDIVIDUAL CAPACITY;

Defendants.

---

## ENTRY OF APPEARANCE

To the Clerk of Court and all parties of record:

I certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiff, Austin Kim.

Dated September 17, 2025.

/s/ Tillman P. Clark
Tillman P. Clark
TILLMAN CLARK LAW, LLC
1312 17th Street, Unit 2250
Denver, CO 80202
(720) 507-5814
tillmanclarklaw@gmail.com
*Attorney for Plaintiff Austin Kim*

1