IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 25-cv-02923-PAB-STV | Date:   December 3, 2025 |
| Courtroom Deputy: Stef Jeffries | FTR – Reporter Deck-Courtroom A402 |

*Parties:*                                                                                              *Counsel:*

AUSTIN KIM,                                                                               Jason Kosloski

  Plaintiff,

v.

SCOTT KELLY, et al.,                                                                 No appearance

  Defendants.

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**STATUS CONFERENCE**
**Court in session:**      **9:18 a.m.**
Court calls case.  Appearance of counsel.

This matter is before the Court for a status of the case.

Statements by counsel.

For the reasons stated on the record, it is:

**ORDERED:**          A further status conference is set on **February 25, 2026**, at **9:30 a.m.** in Courtroom A402 before Magistrate Judge Scott T. Varholak.


HEARING CONCLUDED.
**Court in recess:**      **9:20 a.m.**
Total time in court:   00:02

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.