

# EXHIBIT B

DOUGLAS COUNTY
SHERIFF
Honor, Service, Valor
Darren M. Weekly

4000 Justice Way
Castle Rock, CO 80109
(303) 660-7505

# OFFENSE / INCIDENT REPORT

CASE NO. 2023-00039339

CONNECTING CASE NUMBER(S)
2023-
2023-

**EVENT**

| DATE REPORTED | TIME | INCIDENT TYPE | CASE DISPO | EXCEPTIONAL CLEARANCE |
|---|---|---|---|---|
| 5/9/2023 | 04:59 | INC-OTHER NON-CRIMINAL | NON CRIMI | |

| OCCURRED FROM | TIME | LOCATION OF OCCURRENCE |
|---|---|---|
| 05/09/2023 | 04:45 | S QUEBEC ST HIGHLANDS RANCH, CO |

| OCCURRED TO | TIME | AT INTERSECTION | ROUTE TO |
|---|---|---|---|
| 05/09/2023 | 06:00 | COLLEGIATE DR | PATROL |

| CASE STATUS | CASE STATUS DATE | REPORTING DISTRICT | SIGNIFICANT EVENT |
|---|---|---|---|
| CLOSED | 05/09/2023 | 03 | |

**OFFENSES**

| NO. | AT/CO | COUNT | CRS |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |

Victim was provided with written Victims Rights Information _ Yes _ NX _ N/A

**Assisting Agency Information**

| ORI | Role | Comments (Case Number, etc.) |
|---|---|---|
| | | |

| REPORTING OFFICER | DATE SUBMITTED | APPROVING SUPERVISOR |
|---|---|---|
| KELLY, SCOTT | 05/09/2023 | SANDERS, ANDREW CHARLES 05/09/2023 |

NWS CASE REPORT

# EXHIBIT B

| PRIMARY OFFENSE / INCIDENT TYPE | DOUGLAS COUNTY SHERIFF'S OFFICE | CASE NO. |
|---|---|---|
| INC-OTHER NON-CRIMINAL | WITNESS LIST SUBJECTS | 2023-00039339 |

| REPORTING OFFICER | DATE |
|---|---|
| KELLY, SCOTT | 5/9/2023 |

| INVOLVEMENT | NAME | DOB | AGE |
|---|---|---|---|
| SUBJECT | KIM, AUSTIN MIN SUK | 12/27/2006 | 16 |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DRIVERS LIC. NO. / STATE |
|---|---|---|---|---|---|---|
| AS | M | 56 - | 175 - | BLK | BLK | |

| RESIDENCE ADDRESS | PRIMARY PHONE |
|---|---|
| 6429 SERENGETI PL LITTLETON, CO 80124- | (303)522-5121 |
| **E-MAIL ADDRESS** | **OTHER PHONE** |
| | |

| EMPLOYER / SCHOOL TYPE | EMPLOYER / SCHOOL NAME | OCCUPATION |
|---|---|---|
| SCHOOL | HOME SCHOOLED | |

| EMPLOYER / SCHOOL ADDRESS | BUS. PHONE |
|---|---|
| | |

WITNESS CAN TESTIFY TO:
JUVI OUT PAST CERFEW

| INVOLVEMENT | NAME | DOB | AGE |
|---|---|---|---|
| PARENT OF SUSPECT | KIM, ARISA CINDY | 03/20/1975 | 48 |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DRIVERS LIC. NO. / STATE |
|---|---|---|---|---|---|---|
| AS | F | 53 - | 104 - | BRO | BRO | 921218693 CO |

| RESIDENCE ADDRESS | PRIMARY PHONE |
|---|---|
| 6429 SERENGETI PL LONE TREE, CO 80124 | (360)487-9336 |
| **E-MAIL ADDRESS** | **OTHER PHONE** |
| | |

| EMPLOYER / SCHOOL TYPE | EMPLOYER / SCHOOL NAME | OCCUPATION |
|---|---|---|
| EMPLOYER | STAY AT HOME MOM | |

| EMPLOYER / SCHOOL ADDRESS | BUS. PHONE |
|---|---|
| | |

WITNESS CAN TESTIFY TO:
MOTHER OF SUBJECT

| INVOLVEMENT | NAME | DOB | AGE |
|---|---|---|---|
| LE OFFICER | CORDOVA, ANTHONY | | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DRIVERS LIC. NO. / STATE |
|---|---|---|---|---|---|---|
| | | - | - | | | CO |

| RESIDENCE ADDRESS | PRIMARY PHONE |
|---|---|
| 4000 JUSTICE WAY CASTLE ROCK, CO 80109- | (303)663-7500 |
| **E-MAIL ADDRESS** | **OTHER PHONE** |
| | |

| EMPLOYER / SCHOOL TYPE | EMPLOYER / SCHOOL NAME | OCCUPATION |
|---|---|---|
| | | |

| EMPLOYER / SCHOOL ADDRESS | BUS. PHONE |
|---|---|
| | |

WITNESS CAN TESTIFY TO:
TOOK REPORT / 2332

| INVOLVEMENT | NAME | DOB | AGE |
|---|---|---|---|
| LE OFFICER | KELLY, SCOTT | | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DRIVERS LIC. NO. / STATE |
|---|---|---|---|---|---|---|
| | | - | - | | | CO |

| RESIDENCE ADDRESS | PRIMARY PHONE |
|---|---|
| 4000 JUSTICE WAY CASTLE ROCK, CO 80109- | (303)663-7500 |
| **E-MAIL ADDRESS** | **OTHER PHONE** |
| | |

| EMPLOYER / SCHOOL TYPE | EMPLOYER / SCHOOL NAME | OCCUPATION |
|---|---|---|
| | | |

| EMPLOYER / SCHOOL ADDRESS | BUS. PHONE |
|---|---|
| | |

WITNESS CAN TESTIFY TO:
FTO / 1827

| INVOLVEMENT | NAME | DOB | AGE |
|---|---|---|---|
| | | | |

| RACE | SEX | HEIGHT | WEIGHT | HAIR | EYES | DRIVERS LIC. NO. / STATE |
|---|---|---|---|---|---|---|
| | | - | - | | | |

| RESIDENCE ADDRESS | PRIMARY PHONE |
|---|---|
| | |
| **E-MAIL ADDRESS** | **OTHER PHONE** |
| | |

| EMPLOYER / SCHOOL TYPE | EMPLOYER / SCHOOL NAME | OCCUPATION |
|---|---|---|
| | | |

| EMPLOYER / SCHOOL ADDRESS | BUS. PHONE |
|---|---|
| | |

WITNESS CAN TESTIFY TO:

**EXHIBIT B**

DOUGLAS COUNTY
SHERIFF
Honor, Service, Valor
Darren M. Weekly

4000 Justice Way
Castle Rock, CO 80109
(303) 660-7505

**CASE NARRATIVE**

| CASE NO. | PRIMARY OFFENSE / INCIDENT TYPE |
|---|---|
| 2023-00039339 | INC-OTHER NON-CRIMINAL |

| REPORTING OFFICER | DATE SUBMITTED | APPROVING SUPERVISOR |
|---|---|---|
| KELLY, SCOTT | 05/09/2023 | SANDERS, ANDREW CHARLES 05/09/2023 |

NARRATIVE

On 05/09/2023, at approximately 0445 hours, I responded to the area of Quebec Street and Timberline St in unincorporated Douglas County, State of Colorado for a welfare check. The reporting party (RP) advised dispatch she saw a approximately 10-11 year old male walking very slow going SB on Quebec towards Lincoln. The RP said she attempted to ask the juvenile if he was okay but she said he didn't respond and it appeared he could possibly be sleep walking.

Upon arrival, Deputies located a juvenile male matching the description at Quebec and Glenstone. Due to it being within curfew hours (midnight to 5am) Myself and Deputy Kelly wanted to speak with the male as well to make sure he was okay. From the beginning of the contact, the juvenile displayed immediate resistance towards Deputies. We attempted to stop the male and he told us to "stop" and let him go because he was just walking home.

As Deputy Kelly and I were attempting to speak with him, he was displaying passive resistance by grabbing our hands as we were holding onto him due to him not being free to leave. The male at the time stated he was 16 years old and wanted us to let him go. The juvenile was given multiple chances to comply with our orders and stop resisting us. The juvenile attempted to kick Deputy Kelly, the kick was not successful. After that, the male kept displaying resistance but was eventually placed into handcuffs. We gave the male multiple chances to sit down on the curb as we explained to him, he wasn't in trouble if he was cooperative but we didn't want him to be resistive.

The male still began to display resistance and was then placed in the back of a patrol vehicle. At the time, Sgt. Sanders and Lt. Bronner arrived on scene, the situation was explained to them. I attempted to speak with the juvenile, and he didn't want to speak with us. The male maintained a blank stare as it appeared he had some sort of mental health issues or was under the influence. The decision was made to ask for medical to come check out the juvenile in case he was under the influence or experiencing a mental health episode. It should be noted, during the whole contact the male refused to give us his name or his phone number or where he lived.

South metro fire arrived on scene and began attempting to speak with the juvenile. They were not successful in speaking with him or being able to take his vital signs. South Metro Fire acquired a phone number for his mother who was later identified as Arisa Kim DOB (03/20/1975). I contacted Arisa by phone and told her what was going on, at first, she didn't believe I was a DCSO Deputy but after some explanation she began to open up about information. I asked her if she had a son and she said yes, his name is Austin Kim DOB (12/27/2006). I explained to her where we were, she advised she lived down the street, so she decided to come to our location.

Once Arisa arrived on scene, I explained to her what was going on and she said she didn't know Austin had left this morning, she said he does go for runs or walks sometimes early in the morning. I asked her if Austin was suffering from any mental health issues or any substance abuse and she said no. I asked her if Austin was in trouble at school or at home and she said no as well. I asked her if Austin has had any bad run ins with law enforcement and she said no also. After Austin's name was confirmed and cleared through dispatch, Austin was released to Arisa's custody at approximately 0614 hours. Austin was released without a citation or any consequences. It should be noted also, Arisa was told that if he's out running or walking during the hours of curfew, he could be contacted again. Arisa understood and later left the area as Austin walked home in anger.

**EXHIBIT B**

4000 Justice Way
Castle Rock, CO 80109
(303) 660-7505

CASE NO.
**2023-00039339**

## CASE NARRATIVE CONTINUATION

NARRATIVE CONTINUATION

All Deputies and Fire/Ems later left the scene.

This is a summary of my investigation.

My body camera was activated at the time of the incident and may contain details and/or statements not reflected in my report.

Attachments:

- BWC (Kelly)(Cordova)

Nothing further.

# EXHIBIT B

DOUGLAS COUNTY SHERIFF
Honor, Service, Valor
Darren M. Weekly

4000 Justice Way
Castle Rock, CO 80109
(303) 660-7505

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

CASE NO. 2023-00039339

CONNECTING CASE NUMBER(S)

EVENT

| DATE REPORTED | TIME | INCIDENT TYPE | CASE DISPO | EXCEPTIONAL CLEARANCE |
|---|---|---|---|---|
| | | | NON CRIMI | |

| OCCURRED FROM | TIME | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

| OCCURRED TO | TIME | AT INTERSECTION | ROUTE TO |
|---|---|---|---|
| | | | PATROL |

| CASE STATUS | | CASE STATUS DATE |
|---|---|---|
| CLOSED | 05/09/2023 | |

OFFENSES

| NO. | AT/CO | COUNT | CRS |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |

**Victim was provided with written Victims Rights Information _ Yes X_ No _ N/A**

**Assisting Agency Information**

| ORI | Role | Comments (Case Number, etc.) |
|---|---|---|
| | | |

| REPORTING OFFICER | DATE SUBMITTED | APPROVING SUPERVISOR |
|---|---|---|
| SANDERS, ANDREW | 05/09/2023 | WUNDERLICH, BRIAN DALE 05/09/2023 |

NWS CASE REPORT

# EXHIBIT B

| PRIMARY OFFENSE / INCIDENT TYPE | DOUGLAS COUNTY SHERIFF'S OFFICE WITNESS LIST SUBJECTS | CASE NO. 2023-00039339 |
|---|---|---|
| REPORTING OFFICER SANDERS, ANDREW | | DATE |

| Field | Value |
|---|---|
| INVOLVEMENT | LE OFFICER |
| NAME | SANDERS, ANDREW |
| DOB | |
| AGE | |
| RACE | WH |
| SEX | M |
| HEIGHT | - |
| WEIGHT | - |
| HAIR | |
| EYES | |
| DRIVERS LIC. NO. / STATE | CO |
| RESIDENCE ADDRESS | CO |
| PRIMARY PHONE | (303)660-7500 |
| E-MAIL ADDRESS | |
| OTHER PHONE | |
| EMPLOYER / SCHOOL TYPE | EMPLOYER |
| EMPLOYER / SCHOOL NAME | DOUGLAS COUNTY SHERIFF |
| OCCUPATION | PUBLIC SAFETY |
| EMPLOYER / SCHOOL ADDRESS | 4000 JUSTICE WAY CASTLE ROCK, CO 80109- |
| BUS. PHONE | (303)660-7500 |
| WITNESS CAN TESTIFY TO: | ASSISTING DEPUTY OSN/1905 |

| Field | Value |
|---|---|
| INVOLVEMENT | |
| NAME | |
| DOB | |
| AGE | |
| RACE | |
| SEX | |
| HEIGHT | - |
| WEIGHT | - |
| HAIR | |
| EYES | |
| DRIVERS LIC. NO. / STATE | |
| RESIDENCE ADDRESS | |
| PRIMARY PHONE | |
| E-MAIL ADDRESS | |
| OTHER PHONE | |
| EMPLOYER / SCHOOL TYPE | |
| EMPLOYER / SCHOOL NAME | |
| OCCUPATION | |
| EMPLOYER / SCHOOL ADDRESS | |
| BUS. PHONE | |
| WITNESS CAN TESTIFY TO: | |

| Field | Value |
|---|---|
| INVOLVEMENT | |
| NAME | |
| DOB | |
| AGE | |
| RACE | |
| SEX | |
| HEIGHT | - |
| WEIGHT | - |
| HAIR | |
| EYES | |
| DRIVERS LIC. NO. / STATE | |
| RESIDENCE ADDRESS | |
| PRIMARY PHONE | |
| E-MAIL ADDRESS | |
| OTHER PHONE | |
| EMPLOYER / SCHOOL TYPE | |
| EMPLOYER / SCHOOL NAME | |
| OCCUPATION | |
| EMPLOYER / SCHOOL ADDRESS | |
| BUS. PHONE | |
| WITNESS CAN TESTIFY TO: | |

| Field | Value |
|---|---|
| INVOLVEMENT | |
| NAME | |
| DOB | |
| AGE | |
| RACE | |
| SEX | |
| HEIGHT | - |
| WEIGHT | - |
| HAIR | |
| EYES | |
| DRIVERS LIC. NO. / STATE | |
| RESIDENCE ADDRESS | |
| PRIMARY PHONE | |
| E-MAIL ADDRESS | |
| OTHER PHONE | |
| EMPLOYER / SCHOOL TYPE | |
| EMPLOYER / SCHOOL NAME | |
| OCCUPATION | |
| EMPLOYER / SCHOOL ADDRESS | |
| BUS. PHONE | |
| WITNESS CAN TESTIFY TO: | |

| Field | Value |
|---|---|
| INVOLVEMENT | |
| NAME | |
| DOB | |
| AGE | |
| RACE | |
| SEX | |
| HEIGHT | - |
| WEIGHT | - |
| HAIR | |
| EYES | |
| DRIVERS LIC. NO. / STATE | |
| RESIDENCE ADDRESS | |
| PRIMARY PHONE | |
| E-MAIL ADDRESS | |
| OTHER PHONE | |
| EMPLOYER / SCHOOL TYPE | |
| EMPLOYER / SCHOOL NAME | |
| OCCUPATION | |
| EMPLOYER / SCHOOL ADDRESS | |
| BUS. PHONE | |
| WITNESS CAN TESTIFY TO: | |

**EXHIBIT B**

4000 Justice Way
Castle Rock, CO 80109
(303) 660-7505

CASE NO. **2023-00039339**

PRIMARY OFFENSE / INCIDENT TYPE

## CASE NARRATIVE

| REPORTING OFFICER | DATE SUBMITTED | APPROVING SUPERVISOR |
|---|---|---|
| SANDERS, ANDREW | 05/09/2023 | WUNDERLICH, BRIAN DALE 05/09/2023 |

NARRATIVE

On May 9th, 2023, at approximately 04:59 hours I, (Sgt. Andrew Sanders) responded to the intersection of S. Quebec St. and Collegiate (Highlands Ranch) in unincorporated Douglas County, Colorado, for a welfare check.

Dispatch advised a 10–11-year-old male was reported to be walking very slow like they were sleep walking. The male was reported to be wearing a purple hoody and shorts.

Deputies arrived in the area and later located the juvenile, later identified as Austin Kim (DOB: 12/27/2006) at the intersection of S. Quebec St and Glenstone Circle.

I arrived on scene and observed Deputy Kelly, Deputy Cordova, and Deputy Espinoza in contact with Austin on the sidewalk Southeast of the intersection. I observed deputies attempting to assist Austin to the seated position by controlling his arms from behind. I observed Austin flailing his arms side to side and attempting to pull his body away from the deputies. I gained control of Austin's left arm from behind and completed an escort hold while he was placed into handcuffs. Austin was seated in the back of patrol vehicle for further investigation.

I observed Austin to appear catatonic, staring straight ahead with a fixed stare, and unresponsive to questions. Austin yelled several times that he wanted to go home and "fuck you" when asked his name. Austin identified himself as a 16-year-old male but refused to provide any further information.

South Metro Fire Rescue later arrived on scene to assess Austin due to his observed behavior. Medical later obtained contact information for Austin's mother who responded to the scene. Austin refused all medical treatment and was released to his mother on scene.

Nothing Further

"My body camera was recording at the time of this incident and may contain details and/or statements that were not reflected in my report."

ATTACHMENTS:

BWC (A. Sanders 1905)

MVC (Unit #2003)

EXHIBIT B

DOUGLAS COUNTY SHERIFF
Honor, Service, Valor
Darren M. Weekly

4000 Justice Way
Castle Rock, CO 80109
(303) 660-7505

# SUPPLEMENTAL OFFENSE / INCIDENT REPORT

CASE NO. **2023-00039339**

CONNECTING CASE NUMBER(S)

**EVENT**

| DATE REPORTED | TIME | INCIDENT TYPE | CASE DISPO | EXCEPTIONAL CLEARANCE |
|---|---|---|---|---|
| | | | NON CRIMI | |

| OCCURRED FROM | TIME | LOCATION OF OCCURRENCE |
|---|---|---|
| | | |

| OCCURRED TO | TIME | AT INTERSECTION | ROUTE TO |
|---|---|---|---|
| | | | PATROL |

| CASE STATUS | | CASE STATUS DATE |
|---|---|---|
| CLOSED | 05/09/2023 | |

**OFFENSES**

| NO. | AT/CO | COUNT | CRS |
|---|---|---|---|
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |
| 26 | | | |
| 27 | | | |

**Victim was provided with written Victims Rights Information _ Yes _ NoX_ N/A**

**Assisting Agency Information**

| ORI | Role | Comments (Case Number, etc.) |
|---|---|---|
| | | |

| REPORTING OFFICER | DATE SUBMITTED | APPROVING SUPERVISOR |
|---|---|---|
| ESPINOZA, BENJAMIN | 05/09/2023 | SANDERS, ANDREW CHARLES 05/09/2023 |

NWS CASE REPORT

# EXHIBIT B

| PRIMARY OFFENSE / INCIDENT TYPE | DOUGLAS COUNTY SHERIFF'S OFFICE<br>WITNESS LIST SUBJECTS | CASE NO.<br>2023-00039339 |
|---|---|---|
| REPORTING OFFICER<br>ESPINOZA, BENJAMIN | | DATE |

| Field | Value |
|---|---|
| INVOLVEMENT | LE OFFICER |
| NAME | ESPINOZA, BENJAMIN |
| DOB | |
| AGE | |
| RACE | WH |
| SEX | M |
| HEIGHT | - |
| WEIGHT | - |
| HAIR | |
| EYES | |
| DRIVERS LIC. NO. / STATE | |
| RESIDENCE ADDRESS | 4000 JUSTICE WAY CASTLE ROCK, CO 80109- |
| PRIMARY PHONE | (303)660-7500 |
| E-MAIL ADDRESS | |
| OTHER PHONE | |
| EMPLOYER / SCHOOL TYPE | |
| EMPLOYER / SCHOOL NAME | |
| OCCUPATION | |
| EMPLOYER / SCHOOL ADDRESS | |
| BUS. PHONE | |
| WITNESS CAN TESTIFY TO: | assisted in detaining subject |

| Field | Value |
|---|---|
| INVOLVEMENT | |
| NAME | |
| DOB | |
| AGE | |
| RACE | |
| SEX | |
| HEIGHT | - |
| WEIGHT | - |
| HAIR | |
| EYES | |
| DRIVERS LIC. NO. / STATE | |
| RESIDENCE ADDRESS | |
| PRIMARY PHONE | |
| E-MAIL ADDRESS | |
| OTHER PHONE | |
| EMPLOYER / SCHOOL TYPE | |
| EMPLOYER / SCHOOL NAME | |
| OCCUPATION | |
| EMPLOYER / SCHOOL ADDRESS | |
| BUS. PHONE | |
| WITNESS CAN TESTIFY TO: | |

| Field | Value |
|---|---|
| INVOLVEMENT | |
| NAME | |
| DOB | |
| AGE | |
| RACE | |
| SEX | |
| HEIGHT | - |
| WEIGHT | - |
| HAIR | |
| EYES | |
| DRIVERS LIC. NO. / STATE | |
| RESIDENCE ADDRESS | |
| PRIMARY PHONE | |
| E-MAIL ADDRESS | |
| OTHER PHONE | |
| EMPLOYER / SCHOOL TYPE | |
| EMPLOYER / SCHOOL NAME | |
| OCCUPATION | |
| EMPLOYER / SCHOOL ADDRESS | |
| BUS. PHONE | |
| WITNESS CAN TESTIFY TO: | |

| Field | Value |
|---|---|
| INVOLVEMENT | |
| NAME | |
| DOB | |
| AGE | |
| RACE | |
| SEX | |
| HEIGHT | - |
| WEIGHT | - |
| HAIR | |
| EYES | |
| DRIVERS LIC. NO. / STATE | |
| RESIDENCE ADDRESS | |
| PRIMARY PHONE | |
| E-MAIL ADDRESS | |
| OTHER PHONE | |
| EMPLOYER / SCHOOL TYPE | |
| EMPLOYER / SCHOOL NAME | |
| OCCUPATION | |
| EMPLOYER / SCHOOL ADDRESS | |
| BUS. PHONE | |
| WITNESS CAN TESTIFY TO: | |

| Field | Value |
|---|---|
| INVOLVEMENT | |
| NAME | |
| DOB | |
| AGE | |
| RACE | |
| SEX | |
| HEIGHT | - |
| WEIGHT | - |
| HAIR | |
| EYES | |
| DRIVERS LIC. NO. / STATE | |
| RESIDENCE ADDRESS | |
| PRIMARY PHONE | |
| E-MAIL ADDRESS | |
| OTHER PHONE | |
| EMPLOYER / SCHOOL TYPE | |
| EMPLOYER / SCHOOL NAME | |
| OCCUPATION | |
| EMPLOYER / SCHOOL ADDRESS | |
| BUS. PHONE | |
| WITNESS CAN TESTIFY TO: | |

EXHIBIT B

4000 Justice Way
Castle Rock, CO 80109
(303) 660-7505

CASE NO. **2023-00039339**

PRIMARY OFFENSE / INCIDENT TYPE

## CASE NARRATIVE

| REPORTING OFFICER | DATE SUBMITTED | APPROVING SUPERVISOR |
|---|---|---|
| ESPINOZA, BENJAMIN | 05/09/2023 | SANDERS, ANDREW CHARLES 05/09/2023 |

NARRATIVE

On 05/09/2023 at approximately 0459 hours I, Deputy B. Espinoza responded to a welfare check at the intersection of South Quebec Street and Collegiate Drive, located in unincorporated Douglas County, Colorado.

While en route, dispatch advised that the reporting party had seen a 10-11year old walking on the sidewalk and appeared to be sleep walking. When I arrived in the area, I was unable to locate the subject in the location he was reported being seen. Deputy Kelly and Deputy Cordova then aired that they had located the subject at South Quebec Street and Glenstone Circle. I then drove to the location that deputies had found him. When I arrived at the new location it appeared that Deputy Kelly and Deputy Cordova were struggling to get the subject to calm down and the subject appeared to be passively resisting. The subject was later identified as Austin Kim (DOB 12/27/2006). I asked Austin how old he was, and he refused to tell me. Deputy Kelly informed me that Austin had initially said that he was 16 years old. I asked Austin if he would sit on the curb, but he refused and was trying to pull away from deputies. Austin was also refusing to identify himself to police. The decision was then made to put Austin into handcuffs and detain him until we could find out further information. Austin again became resistant with Deputies. I helped assist Deputy Kelly and Deputy Cordova get Austin into handcuffs by controlling his left arm and wrist. I then put his left arm behind his back while Deputy Kelly attempted to get his right arm and hand behind his back. Sergeant Sanders then arrived on scene and grabbed Austin's left arm assisting me in controlling it while Deputy Cordova and Deputy Kelly put Austin's right arm behind his back. Deputy Cordova then put handcuffs on Austin's wrists and secured them. I then asked Austin where he lived and asked him if his parents knew where he was. Austin ignored my questions at times and said, "I'm not telling you anything, Fuck You". I asked Austin if something happened at home, but he again ignored me. We then placed Austin into the back of Deputy Kelly's patrol vehicle and started Fire and Rescue to check on Austin as a precaution. Once South Metro Fire and Rescue arrived on scene, they attempted to check out Austin, but Austin was very short in his response with them. Fire then advised that the did not believe that there was any reason to transport him to the hospital. One of the medics was able to grab Austin's phone and locate a phone number for Austin's mother. That number was then relayed to Deputy Cordova and Austin's Mother was informed of what had occurred with Austin. Austin's mother later arrived on scene and Austin was released into her care.

Please see Deputy Kelly's report regarding the interaction with Austin's mother and his involvement with this incident.

Nothing Further.

My body camera was recording at the time of this incident and may contain details and/or statements that were not reflected in my report.

Attachments:

- Deputy Espinoza BWC footage

EXHIBIT B

4000 Justice Way
Castle Rock, CO 80109
(303) 660-7505

CASE NO.
2023-00039339

## CASE NARRATIVE CONTINUATION

NARRATIVE CONTINUATION

End of Report.

# EXHIBIT B

Douglas County 911

## Call For Service Detail Report - CFS 905

| | | | | | |
|---|---|---|---|---|---|
| **Address** | S QUEBEC ST @ COLLEGIATE DR, Highlands Ranch | | | | |
| **Common Name** | | | | | |
| **Custom Layer** | 17 | **Census Tract** | | | |
| **Beat** | 03 | **Quadrant** | SM17 | **District** | W27B |
| **Caller Name** | ORUC, MIRELA | **Caller Phone** | (720) 275-6105 | **Call Taker** | DCGOV\mkondly |
| **Create Date** | 5/9/2023 4:59:06 AM | **Clear Date** | 5/9/2023 7:19:01 AM | **Nature Of Call** | P |

### Call Details

| Call Type | Status | Priority | Dispatcher | Created Date |
|---|---|---|---|---|
| WELFARE CHECK | IN PROGRESS | 2 | DCGOV\mkondly | 5/9/2023 4:59:06 AM |

### Call Narrative

***** 5/9/2023 *****

| Time | Description | User | Unit # | Machine |
|---|---|---|---|---|
| 6:14:35 AM | 303A JUVY RELEASED TO MOM | Burke,Shannon Marie | | 920987SO |
| 6:07:29 AM | Did not make contact with kid. BWC was activated | Bronner,Lori | LIN26 | CF331916 |
| 5:55:06 AM | 303A MOM IS ON HER WAY | Burke,Shannon Marie | | 920987SO |
| 5:40:36 AM | 301A FIRE ON SCN | Young,Mackenzie | | 920983SO |
| 5:34:39 AM | METCOM ADV | Cote,Markie | | 920981SO |
| 5:33:58 AM | 303A START FIRE FOR 15YOM CON AND BRE OUT OF IT | Young,Mackenzie | | 920983SO |
| 5:26:56 AM | 303A MALE NOT TALKING TO US AND IS PHYS UNCOOPERATIVE | Young,Mackenzie | | 920983SO |
| 5:22:50 AM | 303A OUT W/ HIM QUEBEC/GLENSTONE | Young,Mackenzie | | 920983SO |
| 5:22:12 AM | 303A ACCORDING TO RP LAST SEEN AT PHILLIPS 66 OFF LINC/QUEB/ ADV LTPD IN CASE HE WENT E INTO THEIR JD | Young,Mackenzie | | 920983SO |
| 5:02:21 AM | NOW AT QUEBEC/TIMBERLINE | Kondly,Michelle | | 920982SO |
| 5:01:58 AM | WALKING VERY SLOW LIKE HE IS SLEEP WALKING | Kondly,Michelle | | 920982SO |
| 5:01:27 AM | 300A ADV | Young,Mackenzie | | 920983SO |
| 5:00:59 AM | POSS WM OR HM REGULAR BUILD | Kondly,Michelle | | 920982SO |
| 5:00:03 AM | RP PASSED A 10-11 YOM WALKING ON THE STRRRT WEARING PURPLE HOODY AND SHORTS WITH SNEAKERS | Kondly,Michelle | | 920982SO |

### EMD Narrative

| Time | Description | User |
|---|---|---|

### Call Persons

| Name | Date of Birth | Contact Phone | Machine |
|---|---|---|---|

# EXHIBIT B

| | | | |
|---|---|---|---|
| ORUC,MIRELA | | (720) 275-6105 | 920982SO |
| KIM,AUSTIN | 12/27/2006 | | 920987SO |

## Call Vehicles

| Vehicle Type | Make | Model | Role | Year | License State | License Number |
|---|---|---|---|---|---|---|

## Call Dispositions

| Name | Count |
|---|---|
| RE | 1 |

## Unit Dispositions

| Name | Count | Unit Number | Disposition Date |
|---|---|---|---|

## Call Log

***** 5/9/2023 *****

| Time | Action | Description | Name | Machine |
|---|---|---|---|---|
| 7:19:01 AM | Call Cleared | Close Call | Shannon Marie Burke | 920987SO |
| 7:19:01 AM | Unit Status Action | Unit 303A IN SERVICE | Shannon Marie Burke | 920987SO |
| 7:19:01 AM | Disposition Changed | Added: RE Count 1 | Shannon Marie Burke | 920987SO |
| 7:18:57 AM | Primary Unit Changed | Primary Unit changed from Unit 301A to Unit 303A | Shannon Marie Burke | 920987SO |
| 6:14:43 AM | Unit Status Action | Unit 300A IN SERVICE | Andrew Sanders | CF332073 |
| 6:14:35 AM | Narrative Added | 303A JUVY RELEASED TO MOM | Shannon Marie Burke | 920987SO |
| 6:12:03 AM | Unit Status Action | Unit 301A IN SERVICE | Shannon Marie Burke | 920987SO |
| 6:11:57 AM | Paging Action | Attempting to page the following pagers: 3039216063,VJ17904-4kvezis6XWNc9uRz | Shannon Marie Burke | 920987SO |
| 6:11:57 AM | Unit Status Action | Unit 301A Dispatch | Shannon Marie Burke | 920987SO |
| 6:07:53 AM | Unit Status Action | Unit 301A rerouted to call 909 | Shannon Marie Burke | 920987SO |
| 6:07:53 AM | Call Stack | Call placed on unit 301A's stack | Shannon Marie Burke | 920987SO |
| 6:07:29 AM | Unit Status Action | Unit LIN26 IN SERVICE | Lori Bronner | CF331916 |
| 6:07:29 AM | Narrative Added | Did not make contact with kid. BWC was activated | Lori Bronner | CF331916 |
| 5:55:06 AM | Narrative Added | 303A MOM IS ON HER WAY | Shannon Marie Burke | 920987SO |
| 5:54:48 AM | Person Added | Person Added: Last Name - KIM; First Name - AUSTIN; Role - E911 CALLER; DOB - 2006-12-27; | Shannon Marie Burke | 920987SO |
| 5:40:36 AM | Narrative Added | 301A FIRE ON SCN | Mackenzie Young | 920983SO |
| 5:40:29 AM | Unit Location | Unit LIN26 Secondary Location: QUEBEC/ GLENSTONE | Mackenzie Young | 920983SO |
| 5:40:29 AM | Unit Status Action | Unit LIN26 ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:34:39 AM | Narrative Added | METCOM ADV | Markie Cote | 920981SO |

# EXHIBIT B

| | | | | |
|---|---|---|---|---|
| 5:33:58 AM | Narrative Added | 303A START FIRE FOR 15YOM CON AND BRE OUT OF IT | Mackenzie Young | 920983SO |
| 5:32:08 AM | Unit Status Action | Unit LIN26 ARRIVED | Lori Bronner | CF331916 |
| 5:31:59 AM | Paging Action | Attempting to page the following pagers: 7202529462 | Lori Bronner | CF331916 |
| 5:31:58 AM | Unit Location | Unit LIN26 Secondary Location: Secondary Location Cleared Performed by Mobile Unit LIN26 | Lori Bronner | CF331916 |
| 5:31:58 AM | Unit Status Action | Unit LIN26 Dispatch | Lori Bronner | CF331916 |
| 5:31:12 AM | Unit Location | Unit 300A Secondary Location: QUEBEC/ GLENSTONE | Mackenzie Young | 920983SO |
| 5:31:12 AM | Unit Status Action | Unit 300A ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:26:56 AM | Narrative Added | 303A MALE NOT TALKING TO US AND IS PHYS UNCOOPERATIVE | Mackenzie Young | 920983SO |
| 5:23:57 AM | Unit Location | Unit 301A Secondary Location: QUEBEC/ GLENSTONE | Mackenzie Young | 920983SO |
| 5:23:57 AM | Unit Status Action | Unit 301A ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:22:56 AM | Unit Location | Unit 303A Secondary Location: QUEBEC/ GLENSTONE | Mackenzie Young | 920983SO |
| 5:22:56 AM | Unit Status Action | Unit 303A ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:22:50 AM | Narrative Added | 303A OUT W/ HIM QUEBEC/GLENSTONE | Mackenzie Young | 920983SO |
| 5:22:12 AM | Narrative Added | 303A ACCORDING TO RP LAST SEEN AT PHILLIPS 66 OFF LINC/QUEB/ ADV LTPD IN CASE HE WENT E INTO THEIR JD | Mackenzie Young | 920983SO |
| 5:17:52 AM | Unit Status Action | Unit 300A ARRIVED | Andrew Sanders | CF332073 |
| 5:15:34 AM | Unit Status Action | Unit 303A ARRIVED | Scott Kelly | CF331919 |
| 5:14:24 AM | Unit Status Action | Unit 301A ARRIVED | Benjamin Espinoza | CF332104 |
| 5:13:53 AM | Unit Status Action | Unit 300A EN ROUTE | Andrew Sanders | CF332073 |
| 5:13:48 AM | Paging Action | Attempting to page the following pagers: 7205209962,GN17904-4kvezis6XWNc9uRz | Andrew Sanders | CF332073 |
| 5:13:48 AM | Unit Location | Unit 300A Secondary Location: Secondary Location Cleared Performed by Mobile Unit 300A | Andrew Sanders | CF332073 |
| 5:13:48 AM | Unit Status Action | Unit 300A Dispatch | Andrew Sanders | CF332073 |
| 5:07:17 AM | Paging Action | Attempting to page the following pagers: 3034351458,7203751434,VB17904-4kvezis6XWN c9uRz | Mackenzie Young | 920983SO |
| 5:07:16 AM | Unit Location | Unit 303A Secondary Location: Secondary Location Cleared | Mackenzie Young | 920983SO |
| 5:07:16 AM | Unit Status Action | Unit 303A EN ROUTE | Mackenzie Young | 920983SO |
| 5:03:29 AM | Call Updated | Nature Of Call Changed To P | Michelle Kondly | 920982SO |
| 5:03:02 AM | Alerts Accessed | Viewed Alerts Tab | Michelle Kondly | 920982SO |
| 5:02:21 AM | Narrative Added | NOW AT QUEBEC/TIMBERLINE | Michelle Kondly | 920982SO |
| 5:01:58 AM | Narrative Added | WALKING VERY SLOW LIKE HE IS SLEEP WALKING | Michelle Kondly | 920982SO |
| 5:01:49 AM | Paging Action | Attempting to page the following pagers: 3039216063,VJ17904-4kvezis6XWNc9uRz | Mackenzie Young | 920983SO |
| 5:01:49 AM | Unit Location | Unit 301A Secondary Location: Secondary Location Cleared | Mackenzie Young | 920983SO |
| 5:01:49 AM | Unit Status Action | Unit 301A EN ROUTE | Mackenzie Young | 920983SO |
| 5:01:49 AM | Call Ready for Dispatch | Call marked ready for dispatch | Mackenzie Young | 920983SO |
| 5:01:27 AM | Narrative Added | 300A ADV | Mackenzie Young | 920983SO |
| 5:01:14 AM | Call Updated | Caller Updated: Name Changed from to ORUC, MIRELA | Michelle Kondly | 920982SO |
| 5:00:59 AM | Narrative Added | POSS WM OR HM REGULAR BUILD | Michelle Kondly | 920982SO |
| 5:00:37 AM | Alerts Retrieval | Alerts Were Successfully Gathered For Location | System system | PRNWCAD |

# EXHIBIT B

| | | | | |
|---|---|---|---|---|
| | | At Address S QUEBEC ST / COLLEGIATE DR | | |
| 5:00:29 AM | Location | Call Location Changed from S QUEBEC ST / TIMBERLINE RD, Highlands Ranch to S QUEBEC ST / COLLEGIATE DR, Highlands Ranch | Michelle Kondly | 920982SO |
| 5:00:03 AM | Narrative Added | RP PASSED A 10-11 YOM WALKING ON THE STRRRT WEARING PURPLE HOODY AND SHORTS WITH SNEAKERS | Michelle Kondly | 920982SO |
| 4:59:40 AM | Agency Context Added | Police Call Type Added. Call Type: WELFARE CHECK, Status: IN PROGRESS, Priority: 2 | Michelle Kondly | 920982SO |
| 4:59:39 AM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address S QUEBEC ST / TIMBERLINE RD | System system | PRNWCAD |
| 4:59:36 AM | Location | Call Location Changed from S QUEBEC ST / E LINCOLN AVE, Highlands Ranch to S QUEBEC ST / TIMBERLINE RD, Highlands Ranch | Michelle Kondly | 920982SO |
| 4:59:32 AM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address S QUEBEC ST / E LINCOLN AVE | System system | PRNWCAD |
| 4:59:30 AM | Location | Call Location Changed from 39.5435232\|-104.911655 to S QUEBEC ST / E LINCOLN AVE, Highlands Ranch | Michelle Kondly | 920982SO |
| 4:59:09 AM | Alerts Retrieval | Alerts Were Successfully Gathered For Location At Address 39.5435232\|-104.911655 | System system | PRNWCAD |
| 4:59:07 AM | Location | Cross streets updated, TRAILHEAD RD, S QUEBEC ST, TIMBERLINE RD / COLLEGIATE DR, S QUEBEC ST | Michelle Kondly | 920982SO |
| 4:59:06 AM | Call Updated | Caller Added: Role - E911 CALLER; | Michelle Kondly | 920982SO |
| 4:59:06 AM | Incident Created | Added Incident Number, ORI: CO0180000, Number: 2023-00039339 | Mackenzie Young | |
| 4:59:06 AM | Call Created | New call created. Call Type: *NEW CALL, Location: 39.5435232\|-104.911655, Caller Phone: (720) 275-6105, Source: RapidSOS (05/09/2023 04:59:00) | Michelle Kondly | 920982SO |

**Unit Log**

***** 5/9/2023 *****

| Time | Action | Description | Unit | Status | Name | Machine |
|---|---|---|---|---|---|---|
| 7:19:01 AM | Unit Status Change | IN SERVICE | 303A | IN SERVICE | Shannon Marie Burke | 920987SO |
| 7:19:01 AM | Unit Cleared | Unit Cleared From Call | 303A | IN SERVICE | Shannon Marie Burke | 920987SO |
| 7:18:57 AM | Primary Unit Change | Unit set as primary on Call Number 905 | 303A | ARRIVED SECOND | Shannon Marie Burke | 920987SO |
| 7:18:57 AM | Primary Unit Change | Unit removed as primary on Call Number 905 | 301A | OFF DUTY | Shannon Marie Burke | 920987SO |
| 7:11:56 AM | Unit Check In | | 303A | ARRIVED SECOND | Shannon Marie Burke | 920987SO |
| 6:41:16 AM | Unit Check In | | 303A | ARRIVED SECOND | Shannon Marie Burke | 920987SO |
| 6:24:52 AM | NCIC Request | Person - Last Name: KIM; First Name: ARISA; DOB: 3/20/1975 | 303A | ARRIVED SECOND | Scott Kelly | CF331919 |
| 6:14:43 AM | Unit Status Change | IN SERVICE | 300A | IN SERVICE | Andrew Sanders | CF332073 |
| 6:14:43 AM | Unit Cleared | Unit Cleared From Call | 300A | IN SERVICE | Andrew Sanders | CF332073 |
| 6:12:46 AM | NCIC Request | Vehicle - Plate: byzc92 | 303A | ARRIVED SECOND | Scott Kelly | CF331919 |
| 6:12:03 AM | Unit Status Change | IN SERVICE | 301A | IN SERVICE | Shannon Marie Burke | 920987SO |

# EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| 6:12:03 AM | Unit Cleared | Unit Cleared From Call | 301A | IN SERVICE | Shannon Marie Burke | 920987SO |
| 6:11:57 AM | Unit Status Change | Dispatch Call Number: 905, Assigned Location: S QUEBEC ST / COLLEGIATE DR, Highlands Ranch, Call Type: WELFARE CHECK | 301A | Dispatch | Shannon Marie Burke | 920987SO |
| 6:10:50 AM | Unit Check In | | 300A | ARRIVED SECOND | Shannon Marie Burke | 920987SO |
| 6:10:49 AM | Unit Check In | | 303A | ARRIVED SECOND | Shannon Marie Burke | 920987SO |
| 6:07:53 AM | Call Stack | Call number 905 placed on stack | 301A | Dispatch | Shannon Marie Burke | 920987SO |
| 6:07:53 AM | Unit Cleared | Unit Cleared From Call | 301A | IN SERVICE | Shannon Marie Burke | 920987SO |
| 6:07:29 AM | Unit Status Change | IN SERVICE | LIN26 | IN SERVICE | Lori Bronner | CF331916 |
| 6:07:29 AM | Unit Cleared | Unit Cleared From Call | LIN26 | IN SERVICE | Lori Bronner | CF331916 |
| 5:54:48 AM | NCIC Request | Request #71336 - LastName: KIM; FirstName: AUSTIN; DateOfBirth: 20061227; | 303A | ARRIVED SECOND | Shannon Marie Burke | 920987SO |
| 5:54:48 AM | NCIC Request | Request #71335 - LastName: KIM; FirstName: AUSTIN; DateOfBirth: 20061227; | 303A | ARRIVED SECOND | Shannon Marie Burke | 920987SO |
| 5:40:40 AM | Unit Check In | | LIN26 | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:40:40 AM | Unit Check In | | 300A | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:40:40 AM | Unit Check In | | 301A | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:40:40 AM | Unit Check In | | 303A | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:40:29 AM | Unit Location | QUEBEC/GLENSTONE | LIN26 | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:40:29 AM | Unit Status Change | ARRIVED SECOND | LIN26 | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:40:18 AM | Unit Check In | | LIN26 | ARRIVED | Mackenzie Young | 920983SO |
| 5:32:08 AM | Unit Status Change | ARRIVED | LIN26 | ARRIVED | Lori Bronner | CF331916 |
| 5:31:58 AM | Unit Location | Secondary Location Cleared Performed by Mobile Unit LIN26 | LIN26 | Dispatch | Lori Bronner | CF331916 |
| 5:31:58 AM | Unit Status Change | Dispatch Call Number: 905, Assigned Location: S QUEBEC ST / COLLEGIATE DR, Highlands Ranch, Call Type: WELFARE CHECK Performed by Mobile Unit LIN26 | LIN26 | Dispatch | Lori Bronner | CF331916 |
| 5:31:12 AM | Unit Location | QUEBEC/GLENSTONE | 300A | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:31:12 AM | Unit Status Change | ARRIVED SECOND | 300A | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:23:57 AM | Unit Location | QUEBEC/GLENSTONE | 301A | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:23:57 AM | Unit Status Change | ARRIVED SECOND | 301A | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:22:56 AM | Unit Location | QUEBEC/GLENSTONE | 303A | ARRIVED SECOND | Mackenzie Young | 920983SO |

# EXHIBIT B

| | | | | | | |
|---|---|---|---|---|---|---|
| 5:22:56 AM | Unit Status Change | ARRIVED SECOND | 303A | ARRIVED SECOND | Mackenzie Young | 920983SO |
| 5:22:20 AM | Unit Check In | | 300A | ARRIVED | Mackenzie Young | 920983SO |
| 5:22:20 AM | Unit Check In | | 301A | ARRIVED | Mackenzie Young | 920983SO |
| 5:22:20 AM | Unit Check In | | 303A | ARRIVED | Mackenzie Young | 920983SO |
| 5:17:52 AM | Unit Status Change | ARRIVED | 300A | ARRIVED | Andrew Sanders | CF332073 |
| 5:15:34 AM | Unit Status Change | ARRIVED | 303A | ARRIVED | Scott Kelly | CF331919 |
| 5:14:24 AM | Unit Status Change | ARRIVED | 301A | ARRIVED | Benjamin Espinoza | CF332104 |
| 5:13:53 AM | Unit Status Change | EN ROUTE | 300A | EN ROUTE | Andrew Sanders | CF332073 |
| 5:13:48 AM | Unit Location | Secondary Location Cleared Performed by Mobile Unit 300A | 300A | Dispatch | Andrew Sanders | CF332073 |
| 5:13:48 AM | Unit Status Change | Dispatch Call Number: 905, Assigned Location: S QUEBEC ST / COLLEGIATE DR, Highlands Ranch, Call Type: WELFARE CHECK Performed by Mobile Unit 300A | 300A | Dispatch | Andrew Sanders | CF332073 |
| 5:07:16 AM | Unit Location | Secondary Location Cleared | 303A | EN ROUTE | Mackenzie Young | 920983SO |
| 5:07:16 AM | Unit Status Change | EN ROUTE | 303A | EN ROUTE | Mackenzie Young | 920983SO |
| 5:07:16 AM | Unit Status Change | Dispatched Call Number: 905, Assigned Location: S QUEBEC ST / COLLEGIATE DR, Highlands Ranch, Call Type: WELFARE CHECK | 303A | EN ROUTE | Mackenzie Young | 920983SO |
| 5:01:49 AM | Unit Location | Secondary Location Cleared | 301A | EN ROUTE | Mackenzie Young | 920983SO |
| 5:01:49 AM | Unit Status Change | EN ROUTE | 301A | EN ROUTE | Mackenzie Young | 920983SO |
| 5:01:49 AM | Unit Status Change | Dispatched Call Number: 905, Assigned Location: S QUEBEC ST / COLLEGIATE DR, Highlands Ranch, Call Type: WELFARE CHECK | 301A | EN ROUTE | Mackenzie Young | 920983SO |

**Incidents**

| Incident Number | Jurisdiction | Type |
|---|---|---|
| 2023-00039339 | CO0180000: DOUGLAS COUNTY SHERIFF | WELFARE CHECK |

**Units**

| Unit | Radio Number | Personnel | Jurisdiction |
|---|---|---|---|
| 303A (Primary) | 303A | 1827 KELLY, 2332 SHULER-CORDOVA | CO0180000: DOUGLAS COUNTY SHERIFF |
| 300A | 300A | 1905 SANDERS | CO0180000: DOUGLAS COUNTY SHERIFF |
| 301A | 301A | 1850 ESPINOZA, 1850 ESPINOZA | CO0180000: DOUGLAS COUNTY SHERIFF |
| LIN26 | LIN26 | 9721 BRONNER | CO0180000: DOUGLAS COUNTY SHERIFF |

**Attachments**

| File Name | File Description | Attached By |
|---|---|---|