IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

| | |
|---|---|
| Civil Action: 25-cv-02923-PAB-STV | Date: January 14, 2026 |
| Courtroom Deputy: Meghan Smotts | FTR – Reporter Deck-Courtroom A402 |

*Parties:*  *Counsel:*

AUSTIN KIM,                               Jason Matthew Kosloski

   Plaintiff,

v.

SCOTT KELLY,                              Andrew Carl Steers
ANTHONY CORDOVA,
BENJAMIN ESPINOZA, and
ANDREW SANDERS.

   Defendants.

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**
**Court in session: 2:05 p.m.**
Court calls case. Appearances of counsel.

This matter is before the Court regarding Defendants' Motion to Stay Discovery Pending Immunity Determination [ECF 17].

For the reasons stated on the record, it is:

**ORDERED:**   **Defendants' Motion to Stay Discovery Pending Immunity Determination [ECF 17] is GRANTED pending the resolution of the Defendants' Motion to Dismiss Complaint [ECF 16].**

**If the Motion to Dismiss Complaint is denied the parties shall jointly contact Chief Magistrate Judge Varholak's chambers within 5 days to request a further hearing.**

HEARING CONCLUDED.

**Court in recess: 2:11 p.m.**

Total time in court:    00:06

To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 755-4536 or AB Litigation Services at (303) 629-8534.