**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02923-PAB-STV

AUSTIN KIM,

Plaintiff,

v.

SCOTT KELLY,
ANTHONY CORDOVA,
BENJAMIN ESPINOZA, and
ANDREW SANDERS.

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Defendants:

**SCOTT KELLY, ANOTHONY CORDOVA, BENJAMIN ESPINOZA, and ANDREW SANDERS**.

Respectfully submitted this September 29th of 2026.

OFFICE OF THE COUNTY ATTORNEY
DOUGLAS COUNTY, COLORADO

*/s/ Valerie Brewster*
Valerie Brewster
100 Third Street
Castle Rock, CO 80104
Telephone: (303) 660-7414
Email: vbrewster@douglasco.gov

*Attorneys for Defendants Scott Kelly, Anthony Cordova, Benjamin Espinoza, and Andrew Sanders*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 29th day of September 2026, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

*/s/ Ashley Chamberlain*

*Pursuant to USDC ECF Procedure Version 6.1, a printed copy of this document with original signatures will be maintained by the Office of the Douglas County Attorney and made available for inspection upon request.*