**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02923-PAB-STV

AUSTIN KIM,

Plaintiff,

v.

SCOTT KELLY,
ANTHONY CORDOVA,
BENJAMIN ESPINOZA, and
ANDREW SANDERS.

Defendants.

---

**DEFENDANTS' ANSWER TO COMPLAINT AND JURY DEMAND**

---

Defendants, Deputies Scott Kelly, Anthony Cordova, Benjamin Espinoza, and Andrew Sanders (the "Deputies"), in their individual capacities, through the Douglas County Attorney's Office, hereby move, pursuant to F.R.C.P. 8 and 12, answer Plaintiff's Complaint and Jury Demand, and state as follows:

**ANSWER**

1. Defendants admit the allegations contained in paragraphs 4, 11, 13, 19, 25, 34, 41, 45, 55, 58, 59, 68, 78, and 81 of the complaint.

2. Defendants deny the allegations contained in paragraphs 16, 17, 18, 23, 28, 29, 32, 35, 36, 38, 39, 43, 44, 46, 57, 73, 74, and 80 of the complaint.

3. Defendants lack sufficient personal knowledge to admit or deny the allegations contained in paragraphs 10, and 15 of the complaint and therefore deny the same.

4. The allegations contained in paragraphs 1, 2, 5, 6, 7, 8, 9, 26, 40, 42, 47, 48, 49, 50, 51, 52, 53, 54, 56, 60, 61, 62, 63, 64, 65, 66, 67, 69, 70, 71,75, 76, 77, 79, 82, 83, 84, 85, and 86 of the complaint contain legal arguments or conclusions to which no response is required. To the extent a response is required, defendants deny these allegations.

5. As to allegation 3 Defendants admit that On May 23, 2012 the Board of Commissioners of Douglas County passed Ordinance O-012-002 which criminalized the following; "It shall be unlawful and a Class II Petty Offense for any person under the age of eighteen (18) years to loiter on or about any street, sidewalk, curb, gutter, parking lot, alley, vacant lot, park, playground or yard, whether public or private, without the consent or permission of the owner or occupant thereof, during the hours between 12:00 midnight and 5:00 a.m., according to the applicable time standard then in effect for Unincorporated Douglas County, unless accompanied by a parent, guardian or adult person twenty-one (21) years of age or older.

6. As to allegations 12 and 14 Defendants admit that Anthony Cordova and Andrew Sanders were employed by the Douglas County Sheriff's Office and are residents of the state of Colorado and citizens of the United States on May 9, 2023.

7. As to allegation 16, defendants lack sufficient personal knowledge regarding what was known or unknow to Plaintiff. Defendants denies an unknown person called the police. The notes from the dispatcher logged into the call narrative state "Reporting Party ("RP") passed a 10-11 Year old male ("YOM") walking on the street wearing purple hoody and shorts with sneakers". The dispatcher additionally logged into the call narrative "walking very slow like he is sleep walking". Defendants admit the RP indicated the Plaintiff did not respond to the RP when she asked him if he was okay.

8. As for allegations 20, 21 and 22, the Defendants admit their red and blue emergency lights were on, that they parked their patrol vehicle on the side of the street in front of Plaintiff and initiated verbal contact with Plaintiff to which he responded. The remaining portions of the allegations contain argument which defendants deny.

9. As to allegation 24, Defendants admit Plaintiff was attempting to avoid law enforcement contact.

10. As to allegation 27, Defendants admit that at one point on May 9, 2023 Deputy Espinoza assisted deputies in detaining plaintiff.

11. As to allegation 30, Defendants admit that at one point on May 9, 2023 Deputy Sanders gained control of Plaintiff's left arm and completed an escort hold on him while he was placed into handcuffs.

12. As to allegation 31, Defendants admit that at one point on May 9, 2023 Plaintiff was seated in the back of a DCSO vehicle.

13. As to allegation 33, Defendants admit Plaintiff was detained in the back of a DCSO vehicle for over 30 minutes.

14. As to allegation 37, Defendants deny. Plaintiff was released to his mother.

**DEFENSES**

15. Plaintiff fails to state a claim upon which relief may be granted.

16. Defendants did not violate any clearly established right.

17. Defendants are entitled to qualified immunity.

18. Statute of limitations bars Plaintiff's claims.

19. Assumption of the risk.

20. Failure to mitigate damages.

21. No actual injury.

22. Lack of causation and/or intervening/Supervening causes.

23. Defendants reserve the right to assert additional defenses warranted by discovery.

24. Failure to join necessary parties.

**REQUEST FOR RELIEF**

25. Dismiss Plaintiff's Complaint with prejudice;

26. Enter judgement in favor of Defendants against Plaintiff;

27. Award Defendants their attorney fees; and

28. Any such other further relief as the Court deems just and proper

Respectfully submitted October 7, 2026.

OFFICE OF THE COUNTY ATTORNEY
DOUGLAS COUNTY, COLORADO

*/s/ Valerie Brewster*______________
Valerie Brewster, #43659
Andrew C. Steers, #40139
100 Third Street
Castle Rock, CO 80104
Telephone: (303) 660-7414
Email: vbrewster@douglasco.gov
asteers@douglasco.gov

*Attorneys for Deputies Scott Kelly, Anthony Cordova, Benjamin Espinoza, and Andrew Sanders*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 7th day of October 2026, I electronically filed the foregoing **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT AND JURY DEMAND** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

**Jason Kosloski**
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
c: (720) 605-6487
o: (720) 604-0529
*Attorney for Plaintiff*

*/s/ Ashley Chamberlain*

*Pursuant to USDC ECF Procedure Version 6.1, a printed copy of this document with original signatures will be maintained by the Office of the Douglas County Attorney and made available for inspection upon request.*