**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 25-cv-02923-PAB-STV

AUSTIN KIM,

Plaintiff,

v.

SCOTT KELLY,
ANTHONY CORDOVA,
BENJAMIN ESPINOZA, and
ANDREW SANDERS.

Defendants

---

**STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER CONCERNING CONFIDENTIAL INFORMATION**

---

The Parties, by and through their respective undersigned counsel of record, hereby move this Court for entry of the attached Stipulated Protective Order Concerning Confidential Information as follows:

1. This is an action which the parties anticipate may require the production of confidential information that implicates common law and statutory privacy interests of the Plaintiff and Defendants, including sensitive information belonging to Plaintiff.
2. Fed.R. Civ.P. 26(c) provides for the entry of "an order to protect a party or person from annoyance, embarrassment oppression or undue burden or expense."
3. The Parties have stipulated to and request entry by the Court of the Stipulated Protective Order Concerning Confidential Information, attached hereto as Exhibit 1.

WHEREFORE, the Parties respectfully request that the Court enter the attached Stipulated Protective Order Concerning Confidential Information.

Dated on this 12th day of November, 2026.

Respectfully submitted,

*/s/ Jason Kosloski*
Jason Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
C: (720) 605-6487
O: (720) 604-0529
jkosloski@kosloskilaw.com
COUNSEL FOR PLAINTIFF

*/s/ Valerie Brewster*
Valerie Brewster
Douglas County Attorney's Office
100 Third Street
Castle Rock, CO 80104
Telephone: (303) 660-7414
vbrewster@douglasco.gov
COUNSEL FOR DEFENDANTS

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2026, I filed the foregoing **STIPULATED MOTION FOR ENTRY OF PROTECTIVE ORDER CONCERNING CONFIDENTIAL INFORMATION** via the Court's CM/ECF electronic filing system, which will provide notice to all parties of record.

*/s/ Ashley Chamberlain*

*Pursuant to USDC ECF Procedure Version 6.1, a printed copy of this document with original signatures will be maintained by the Office of the Douglas County Attorney and made available for inspection upon request.*